UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOHN PAUL BEAUDOIN, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES D. BAKER, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 1:22-CV-11356-NMG |

## DEFENDANTS' MOTION TO FURTHER EXTEND
## DATE FOR FILING OF RESPONSIVE PLEADING

Governor Charles D. Baker, individually and in his official capacity, together with the other named defendants in this action (collectively, the "Defendants"), hereby move for an order setting Friday, December 2, 2022, as the date by which the Defendants must file a responsive pleading in this action. The requested date would extend the current deadline by fifteen (15) days.

As grounds for this request, the Defendants state as follows:

1. The plaintiff, John Paul Beaudoin, Sr. ("Beaudoin") filed and served this action in early September, 2022.

2. The complaint contains five counts, and names numerous state officials, in their official and individual capacities, as defendants.

3. The undersigned's colleague, Assistant Attorney General Daniel Hammond, is primary counsel of record for all defendants in this matter. Due to a serious family illness, Attorney Hammond has been out of the office unexpectedly, and he therefore

has been unable to work on Defendants' responsive pleading. Attorney Hammond's return to the office is expected imminently, and he anticipates that he will now require the additional time (through December 2, 2022), to complete the filing.

4. Beaudoin, who is acting pro se, has assented to two previous requests to extend the date for filing of the Defendants' responsive pleading – first through October 28, 2022, and most recently through November 17, 2022. Beaudoin has indicated that he reserves his right to oppose any further such request.

5. No party is likely to be prejudiced by the requested further extension, which is modest in duration.

WHEREFORE, the Defendants respectfully request that this Court issue an order setting December 2, 2022, as the date by which the Defendants must file their responsive pleading.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Amy Spector*
Amy Spector, BBO # 557611
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2076
amy.spector@mass.gov

Dated: November 15, 2022

**CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on November 15, 2022.

                                                    */s/ Amy Spector*  
                                                    Amy Spector

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

      I, Amy Spector, certify that my colleague, Assistant Attorney General Daniel J. Hammond, who is primary counsel in this case, conferred with John Paul Beaudoin, the pro se plaintiff, before the filing of this motion. Mr. Beaudoin indicated that he reserves his rights, including his right to oppose the requested extension.

                                                      *Amy Spector*  
                                                    Amy Spector