UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAUL BEAUDOIN, SR., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES D. BAKER, individually and in his Official Capacity as Governor of the Commonwealth of Massachusetts, MARGARET R. COOKE, individually and in her Official Capacity as Commissioner of the Department of Public Health of the Commonwealth of Massachusetts, MINDY HULL, individually and in her Official Capacity as Chief Medical Examiner of the Commonwealth of Massachusetts, JANICE Y. GRIVETTI, MICHELE N. MATTHEWS, ROBERT M. WELTON, and JULIE HULL, individually and in their Official Capacities as Medical Examiners in the Commonwealth of Massachusetts, <br><br> Defendants. | Civil Action No. 1:22-cv-11356-NMG <br><br><br> **APPLICATION FOR ENTRY OF DEFAULT** |

FILED
IN CLERKS OFFICE
2022 NOV 16 PM 2:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff John Paul Beaudoin, Sr. requests the Clerk to enter default against Defendants Charles D. Baker, Margaret R. Cooke, Mindy Hull, Janice Y. Grivetti, Michele N. Matthews, Robert M. Welton, and Julie Hull for failure to plead or otherwise defend Plaintiffs' Petition in this action. In support of this Application, Plaintiff relies on the Declaration of John Paul Beaudoin, Sr. by affidavit, filed contemporaneously herewith. The applicable time for serving a responsive pleading or motion, including any extensions has expired. Plaintiffs request that the clerk enter default for each Defendant. Fed. R. Civ. P. 55(a).

Respectfully submitted,

Dated: November 15, 2022

_____
JOHN PAUL BEAUDOIN, SR. (*pro se*)
17 Fairview Road
Medfield, MA 02052
Mobile: 508-277-7276
e-mail: johnbeaudoinsr@gmail.com