UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAUL BEAUDOIN, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES D. BAKER, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 1:22-CV-11356-NMG |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT
### PURSUANT TO FED. R. CIV. P. 12(b)(1)

The defendants, seven Massachusetts executive-branch officials, sued in both their official and individual capacities (the Defendants"), hereby move, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the complaint brought against them by the plaintiff, John Paul Beaudoin, Sr. ("Beaudoin"), in its entirety.

In support of this motion, the Defendants rely upon their Memorandum of Law, filed simultaneously herewith.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL


/s/ Daniel J. Hammond
Daniel J. Hammond
Attorney General
Government Bureau
BBO # 559475

                                                                                                          One Ashburton Place, Rm. 2014  
                                                                                                          Boston, Massachusetts 02108  
                                                                                                          (617) 727-2200, ext. 2078  
                                                                                                          dan.hammond@mass.gov

Dated: December 2, 2022

## **CERTIFICATE OF SERVICE**

   I, Daniel J. Hammond, hereby certify that I caused a true and accurate copy of the attached Motion to be served upon all parties listed on this Court's electronic filing portal on December 2, 2022.

                  /s/ Daniel J. Hammond
                  Daniel J. Hammond