UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAUL BEAUDOIN, SR., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES D. BAKER, individually and in his Official Capacity as Governor of the Commonwealth of Massachusetts, MARGARET R. COOKE, individually and in her Official Capacity as Commissioner of the Department of Public Health of the Commonwealth of Massachusetts, MINDY HULL, individually and in her Official Capacity as Chief Medical Examiner of the Commonwealth of Massachusetts, JANICE Y. GRIVETTI, MICHELE N. MATTHEWS, ROBERT M. WELTON, and JULIE HULL, individually and in their Official Capacities as Medical Examiners in the Commonwealth of Massachusetts, <br><br> Defendants. | Civil Action No. 1:22-cv-11356-NMG |

**MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Beaudoin submits this Memorandum in opposition to Defendants' Motion to Enlarge Time.

1. F.R.Cr.P. 6(b)(1) states, "When an act may or must be done within a specified time, the court may, for good cause, extend the time …" The words scrutinized in this opposition are "for

good cause." Plaintiff believes there is presently no good cause for extension of time, but there is just cause to deny the motion.

2.      From the completion of service of process to Defendants' first Motion to Dismiss, three (3) extensions were allowed, two (2) assented to and one (1) ex parte, and eighty-four (84) days had passed in that time.

3.      The prior Motion to Dismiss was for the original complaint of five (5) counts. The amended complaint is only one (1) count, which is very much the same as Count V of the original complaint. There is little extra work for defense counsel, thus there is no good cause for delay.

4.      People are dying in Massachusetts at alarming rates since the covid vaccines were delivered. Mandates continue in schools, government, and corporations.

5.      The excess deaths in 2021 and 2022, based on five-year linear least squares approximation from 2015-2019, comprise 3,041 Cardiac arrest, 1,840 Acute renal failure, 494 Pulmonary embolism, 423 Cardiac arrhythmia, and a multitude of other clot and blood related causes of death. To be clear, these are the number of deaths more than normal, more than expected and these are only in Massachusetts. This is a health catastrophe bigger than covid per se after subtracting all the covid fraud deaths, examples of which are in EXHIBIT F.

6.      Plaintiff wishes to attend law school this fall, which is now in jeopardy because mandates continue due to the fraud perpetrated by agents of the Commonwealth of Massachusetts.

## CONCLUSION

Thousands of excess Massachusetts citizens died due to blood clots, heart attacks, strokes, and blood-related cancers since the covid vaccines were rolled out. Thousands more

died from acute renal (aka sudden kidney) failure likely due to a drug called Remdesivir on EUA from the federal government.

Families of elderly were told that either covid or old age killed their loved ones, when the TRUTH is that neglect, malpractice, lethal drugs such as Remdesivir and covid vaccines, and the withholding of low-profit medicine are what killed them.

It's difficult to believe that so many people can be corrupted.  However, when you peel back the facade of media and politicians, the TRUTH reveals the horrors of the covid era.  Imagine being told you had a heart attack because you're 79-years-old.  You would likely believe the doctor simply because of your age, regardless of your prior good health and lack of heart issues.  Who wouldn't believe the doctor?  Of the 3,041 excess cardiac arrest deaths in Massachusetts in 2021 and 2022 approximately 2,000 of them were in people over 75-years-old.  My question is, with that many excess in such a short time, and after a new technology vaccine never before used on humans, why would you not believe that the covid vaccine caused your heart attack, r*es ipsa loquitur.*

A 98-year-old woman in Vermont received the vaccine and her heart raced to 145bpm.  Two days of that led to a heart attack.  No one is going to question a heart attack in a 98yo woman, unless you know that she reacted almost immediately to the vaccine and her heart ran out of beats because of the vaccine induced tachycardia.

Now imagine losing a son or grandchild at 11-years-old from clots in his heart after getting a "booster," named such because "Dose 3" or 4 or 5 or 6 aren't appealing.  Everything is a word game of marketing to manipulate people.  "Booster" does nothing of the sort.  It destroys your functioning immune system.

The 11yo boy has a name and the Commonwealth of Massachusetts should be mandated to tell the public if Ian Shumaker of Bellingham, Massachusetts reacted soon after his "booster" and died from blood clots in his heart a few days later at Children's Hospital Boston. If the answer to that is not in the public interest, then what is? Parents are "boosting" their children based on stories like Cassidy Baracka and Ian Shumaker and other children. It's genocide.

For the sake of justice in this court of chancery, or equity, please let's get on with this case and get to the TRUTH, which will be revealed no matter how long it takes. Delays cost lives. Please deny Defendants' Motion to Enlarge Time due to there being no "good cause" to allow it, and there certainly being "just cause" to deny it.

                                                          Respectfully submitted,

                                                          /s/ John Paul Beaudoin, Sr.
                                                          JOHN PAUL BEAUDOIN, SR. (Pro se)
                                                          17 Fairview Road
                                                          Medfield, MA 02052
                                                          Mobile 508-277-7276
                                                          e-mail johnbeaudoinsr@gmail.com

Dated: February 1, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document was sent via e-mail attachment to the counsel for Defendants at the e-mail addresses below; and entered into CM/ECF system.


  /s/ John Paul Beaudoin, Sr.
JOHN PAUL BEAUDOIN, SR. (Pro se)

Dated: February 1, 2023


Recipients for Defendant:
Amy Spector (BBO No. 557611)
Assistant Attorney General
Constitutional & Administrative Law Division Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2076
amy.spector@mass.gov


Daniel J. Hammond
Assistant Attorney General
Massachusetts Office of the Attorney General
Government Bureau
BBO # 559475
One Ashburton Place, Rm. 2014
Boston, Massachusetts 02108
(617) 727-2200, ext. 2078
dan.hammond@mass.gov