UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAUL BEAUDOIN, Sr.,<br><br>                            Plaintiff,<br><br>v.<br><br>CHARLES D. BAKER, et al.,<br><br>                           Defendants. | Civil Action No. 22-11356-NMG |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1, defendants respectfully request to enlarge their time to answer or otherwise respond to the Amended Complaint by 40 days, to and including March 14, 2023. The grounds for the motion are set forth below.

1. The Complaint in this action was filed on August 23, 2022. *See* Docket No. 1.

2. Following the Court's allowance of defendants' motions to extend their time to respond to the complaint, *see* Docket Nos. 7, 9, and 12, defendants filed a motion seeking to dismiss the complaint for lack of jurisdiction and failure to state a claim upon for relief, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), on December 2, 2022. *See* Docket Nos. 15, 16.

3. The Court thereafter allowed a motion by plaintiff John Paul Beaudoin to extend his time to respond to defendants' motion to dismiss, to January 3, 2023. *See* Docket No. 19. On January 3, 2023, plaintiff filed a motion seeking leave to amend his complaint, *see* Docket No. 22, and, on January 19, 2023, the Court allowed plaintiff's motion to amend his complaint. *See* Docket No. 23.

4. Using January 19, 2023 – the date of the Court's allowance of plaintiff's motion to

*Motion allowed.* NMGorton, USDJ 02/02/2023