UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN PAUL BEAUDOIN, SR.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. BAKER, individually and in his Official Capacity as Governor of the Commonwealth of Massachusetts, MARGARET R. COOKE, individually and in her Official Capacity as Commissioner of the Department of Public Health of the Commonwealth of Massachusetts, MINDY HULL, individually and in her Official Capacity as Chief Medical Examiner of the Commonwealth of Massachusetts, JANICE Y. GRIVETTI, MICHELE N. MATTHEWS, ROBERT M. WELTON, and JULIE HULL, individually and in their Official Capacities as Medical Examiners in the Commonwealth of Massachusetts,<br><br>Defendants. | ))))))))))))))))))))))) | Civil Action No. 1:22-cv-11356-NMG |

## **NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and F.R.Civ.P. 3(a)(1) and 4(a), notice is hereby given that, John Paul Beaudoin, Sr., the plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the dismissal order entered against him in this action on October 27, 2023.

Respectfully submitted,

/s/ *John Paul Beaudoin, Sr.*

JOHN PAUL BEAUDOIN, SR. (Pro se)
17 Fairview Road
Medfield, MA 02052
Mobile 508-277-7276
e-mail johnbeaudoinsr@gmail.com

Dated:  November 26, 2023

## CERTIFICATE OF SERVICE

I, John Paul Beaudoin, Sr., certify that I have caused a copy of this Notice of Appeal to be served by electronic e-mail attachment to the counsel for defendants, Daniel J. Hammond, at the e-mail address below on November 26, 2023.

/s/ *John Paul Beaudoin, Sr.*

JOHN PAUL BEAUDOIN, SR. (Pro se)

Dated: November 26, 2023

Recipients for Defendant:
Daniel J. Hammond
Assistant Attorney General
Massachusetts Office of the Attorney General
Government Bureau
BBO # 559475
One Ashburton Place, Rm. 2014
Boston, Massachusetts 02108
(617) 727-2200, ext. 2078
dan.hammond@mass.gov